UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SILVAYN VASQUEZ et al.,                                    :

                                              :      ORDER
                  Plaintiffs,
                                              :      19 Civ. 10371 (PAE) (GWG)
   -v.-
                                              :

MOBILESHACK INC. et al.,                                   :

                                              :
                  Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The Court on January 20, 2021, issued an Order requiring submissions in a specific format to support plaintiffs' request for a default judgment. See Docket # 61, 63. Those submissions are now almost a month overdue. Plaintiffs' counsel are directed to file an affidavit on or before April 12, 2022, explaining why plaintiffs have not complied with the Court's Order and, if appropriate, making an application for an extension under Fed. R. Civ. P. 6(b).


       SO ORDERED.

Dated: April 4, 2022
       New York, New York

                                                                                  GABRIEL W. GORENSTEIN
                                                                                  United States Magistrate Judge