UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SILVAYN VASQUEZ, et al.,                                     :
                                                             :    ORDER
                    Plaintiffs,                              :
                                                             :    19 Civ. 10371 (PAE) (GWG)
       -v.-                                                  :
                                                             :
MOBILESHACK INC. et al.,                                     :
                                                             :
                    Defendants.                              :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     No sanction will issue. Obviously, Ms. Bernard should file a motion to withdraw. In addition, the plaintiffs still must comply with Docket 92 by submitting the proposed stipulation of voluntary dismissal for approval to Judge Engelmayer, confirming that that no settlement exists between plaintiffs and the parties being dismissed. See Samake v. Thunder Lube, Inc., 24 F. 4th 804, 811 (2d Cir. 2022); Galvez v. Reggiano Corp., 1:21-CV-6483-GHW, 2022 WL 1090615, at *2 (S.D.N.Y. Apr. 10, 2022). This may be accomplished by filing a letter, referencing this case law, to Judge Engelmayer that attaches the stipulation.

     SO ORDERED.

Dated: April 21, 2022
       New York, New York

                                                                                  GABRIEL W. GORENSTEIN
                                                                                 United States Magistrate Judge