UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SILVAYN VASQUEZ et al.,                        :

                                                          :        <u>ORDER</u>
                  Plaintiffs,
                                                          :        19 Civ. 10371 (PAE) (GWG)
   -v.-
                                                          :

MOBILESHACK INC. et al.,                        :

                                                          :
                  Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The letter to Judge Engelmayer required by Docket # 99 shall be filed by May 11, 2022. The deadline for any letter request to Judge Engelmayer for permission to file a summary judgment motion remains May 15, 2022. These two letters shall be filed separately.

      SO ORDERED.

Dated: May 4, 2022
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge