UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SILVAYN VASQUEZ, *et al.*,

                                  Plaintiffs,

              -v-

MOBILESHACK, INC., *et al.*,

                                  Defendants.

19 Civ. 10371 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 24, 2023, the Court granted the parties' joint motion for an extension of time to file the joint pretrial order and motions *in limine* to October 15, 2023, and ordered the parties to file status updates every three weeks apprising the Court of the status of any mediation. *See* Dkt. 164. No such update has been filed since September 5, 2023. The Court orders the parties to file a status update by **October 4, 2023**.

SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: September 28, 2023
       New York, New York