

Adam Katz | Partner
Direct 646.292.8787 | akatz@goldbergsegalla.com

December 7, 2023

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

                **Re:**     **Case No.: 1:19-cv-10371 – Vasquez, et al. v. Mobileshack Inc., et al.**

Dear Judge Engelmayer:

This firm represents defendants Avi Levy and MobileShack Inc. (collectively, "Defendants") in the above-referenced matter. We write, with Plaintiffs, to request an additional two weeks to submit the signed the settlement agreement to the Court. If this request is granted, the parties would submit the signed settlement agreement by December 22, 2023 instead of today.

Since the last letter submission to the Court, despite diligent efforts on my part, I have not been able to get in touch with my client. I was traveling out west earlier this week for a work obligation and I believe my client is traveling for the holiday, so we have not been able to connect.

This is the third request for an extension of time to file the settlement agreement with the Court. Plaintiffs consent to this request.

We thank the Court for its attention to this matter.

                                                        Respectfully submitted,

                                                        Adam S. Katz, Esq.

AK:sd

                                                        GRANTED. SO ORDERED.

                                                        Paul A. Engelmayer

                          Dated: December 7, 2023
                          New York, New York       PAUL A. ENGELMAYER
                                                           United States District Judge

Please send mail to our scanning center at:

OFFICE LOCATION 711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | PHONE 646-292-8700 | FAX 646-292-8701 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA