

Adam Katz  |  Partner
Direct 646.292.8787  |  akatz@goldbergsegalla.com

December 22, 2023

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**  **Case No.: 1:19-cv-10371 – Vasquez, et al. v. Mobileshack Inc., et al.**

Dear Judge Engelmayer:

  As you are aware, this firm represents Defendants Avi Levy and MobileShack Inc. (collectively, "Defendants") in the above-referenced matter. We write, jointly with Plaintiffs, to request, for the fourth time, an additional two weeks to submit the signed the settlement agreement to the Court.  If this request is granted, the parties would submit the signed settlement agreement by January 5, 2024, instead of today, December 22, 2023.  Since the submission of the parties' last letter to the Court, despite diligent efforts on everyone's part, the parties to this settlement agreement have not been able to properly review and sign off on the final terms for the settlement agreement.

  I have been traveling in Florida and representatives of both parties have also been unable to meet due to their own end of the year travel.

  We thank the Court for its attention to this matter and apologize for not being able to get the final agreement signed for another few weeks.

Respectfully submitted,

Adam S. Katz, Esq.

GRANTED.  SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
Dated: December 28, 2023
New York, New York

AK:sd

---

**Please send mail to our scanning center at:**

OFFICE LOCATION 711 3rd Avenue, Suite 1900, New York, NY 10017-4013  |  PHONE 646-292-8700  |  FAX 646-292-8701  |  www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA