UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SILVAYN VASQUEZ, *et al.*,

                              Plaintiffs,

           -v-

MOBILESHACK, INC., *et al.*,

                              Defendants.

19 Civ. 10371 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 1, 2023, the parties notified the Court that they had reached a settlement in principle and stated they would submit their settlement agreement by November 15, 2023 for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Dkt. 176. The Court so-ordered the parties' letter. Dkt. 177. Since then, the parties have sought five extensions, Dkts. 177, 179, 181, 183, 195, each of which the Court has granted, Dkts. 180, 182, 184, 186. The final such request set a January 16, 2024 deadline for submission of the settlement agreement. Dkt. 186. That date has come and passed without submission of the settlement agreement or a request for another extension. The Court will give the parties one final extension to January 29, 2024. **There will be no further extensions.**

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: January 24, 2024
         New York, New York